# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEPHEN L. CAREY, Individually and on Behalf of All Others Similarly Situated, )<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>XM SATELLITE RADIO HOLDINGS, INC. )<br>and HUGH PANERO,  )<br>)<br>Defendants.  )<br>_____) | **APPEARANCE**<br>Civ. A. No. 1:06-cv-00857-ESH |

To the Clerk of this Court and all parties of record:

Please enter the appearance of **CHRISTOPHER J. HERRLING** as counsel in this case for: XM Satellite Radio Holdings, Inc. and Hugh Panero.

June 5, 2006_____   /s/ Christopher J. Herrling_____
Date                                Signature

D.C. Bar No. 354837_____      Christopher J. Herrling_____
BAR IDENTIFICATION                 Print Name

                                   WILMER CUTLER PICKERING
                                    HALE AND DORR LLP
                                   1875 Pennsylvania Avenue NW
                                   Washington, DC 20006
                                   Tel: (202) 663-6000

-1-

## CERTIFICATE OF SERVICE

     I hereby certify that I have served the foregoing APPEARANCE by e-mail and by placing a copy of the same in the U.S. mail system, postage prepaid, on June 5, 2006 to:

>Steven J. Toll, Esq.
>COHEN MILSTEIN HAUSFELD & TOLL, PLLC
>1100 New York Avenue NW
>West Tower, Suite 500
>Washington, DC 20005
>Tel: (202) 408-4600
>stoll@cmht.com
>
>**Counsel for Plaintiff Stephen L. Carey**

>/s/ Lisa Gasparott_____
>Lisa Gasparott
>WILMER CUTLER PICKERING
> HALE AND DORR LLP
>1875 Pennsylvania Avenue NW
>Washington, DC 20037
>Tel: (202) 663-6000
>Fax: (202) 663-6363